

# Fourth Court of Appeals
## San Antonio, Texas

September 25, 2014

No. 04-14-00012-CV

Burton **KAHN**,
Appellant

v.

**HELVETIA ASSET RECOVERY INC.**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18355
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Sitting:    Catherine Stone, Chief Justice
Karen Angelini, Justice
Sandee Bryan Marion, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

The court has considered the appellant's motion for en banc reconsideration, and the motion is DENIED.

It is so **ORDERED** on September 25, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court